THE McNEAL PIPE AND FOUNDRY COMPANY, PLAINTIFF IN ERROR, v. CHARLES LIPPINCOTT, COLLECTOR, DEFENDANT IN ERROR.

On error to the Supreme Court. For opinion of the Supreme Court, see 28 *Vroom* 540.

For the plaintiff in error, *Howard Flanders* and *Samuel W. Belden.*

For the defendant in error, *Joseph H. Gaskill.*

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reasons given by that court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DEPUE, GUMMERE, LUDLOW, VAN SYCKEL, BOGERT, BROWN, SMITH, TALMAN. 10.

*For reversal*—None.